
FILED
NOV 1 6 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:20-mj-1278-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **CRIMINAL INFORMATION** |
| | ) | |
| JAQUAVIOUS EVANS | ) | |

The United States Attorney charges that:

Count One:

On or about September 25, 2020, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, JAQUAVIOUS EVANS, did knowingly violate a valid protective order, to wit: entering the residence of the protected person designated in order number 20CVD600288, in violation of N.C.G.S. Section 50B-4.1, as assimilated by Title 18, United States Code, Section 13.

Count Two:

On or about September 25, 2020, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, the Defendant, JAQUAVIOUS EVANS did knowingly, willfully, and unlawfully go about Marine Corps Base, Camp

Lejeune for a purpose prohibited by law, to wit: entering the residence of a protected person designated in a Military Protective Order, in violation of the provisions of Title 18, United States Code, Section 1382.

ROBERT J. HIGDON, JR.
United States Attorney

By: _____
Garland W. Rowland
Special Assistant U.S. Attorney
Criminal Division